# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

147920

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                      SC: 147920
                                      COA: 317265
                                      Jackson CC: 12-004455-FH

PHILLIP DAROLD BANNISTER,
    Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014


                                           Clerk

h0721